IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| WELLS FARGO BANK, N.A., TRUSTEE<br><br>*Plaintiff-Appellee*<br><br>v.<br><br>MICHAEL KONOVER,<br><br>*Defendant-Appellant.* | Case No. 14-3091<br><br>September 19, 2014 |

## STIPULATION OF PARTIES PURSUANT TO LOCAL RULE 30.1(c)

Pursuant to Local Rule 30.1(c), Plaintiff-Appellee Wells Fargo Bank, N.A., Trustee and Defendant-Appellant Michael Konover, respectfully register their agreement to use a deferred appendix under Rule 30(c) of the Federal Rules of Appellate Procedure.

PLAINTIFF-APPELLEE,
WELLS FARGO BANK, N.A.,
TRUSTEE

_____
Erick M. Sandler
John B. Nolan
John W. Cerreta
Jeffrey Mueller
DAY PITNEY LLP
242 Trumbull Street
Hartford, CT 06103-1212

DEFENDANT-APPELLANT,
MICHAEL KONOVER

_____
William J. Murphy
Conor B. O'Croinin
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, Maryland 21202-1031
(410) 949-1146; (410) 659-0436 (fax)
wmurphy@zuckerman.com
cocroinin@zuckerman.com

(860) 275-0100; (860) 275-0343 (fax)  
emsandler@daypitney.com

/s/ James T. Shearin
---

James T. Shearin  
PULLMAN & COMLEY LLC  
850 Main Street, P.O. Box 7006  
Bridgeport, CT 06601-7006  
(203) 330-2000; (203) 576-8888 (fax)  
jshearin@pullcom.com

ACTIVE/70796.701/S4801814v1