# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of September, two thousand and fourteen.

_____

| | |
|---|---|
| Wells Fargo Bank, N.A., Trustee for the Registered Holders of Salomon Bro Mortgage Securities VII Inc, Mortgage Pass-Through Certificates, Series 2000 C-2, by Orix Capital Markets LLC, its Attorney in Fact,<br>    Plaintiff-Appellee,<br><br>    v.<br><br>Konover Development Corporation, Konover Construction Corporation, Konover & Associates, Inc., Blackboard LLC, Ripple LLC,<br>    Defendants,<br><br>Michael Konover,<br>    Defendant-Appellant. | **ORDER**<br>Docket No. 14-3091 |

_____

    The parties have filed a non-dispositive stipulation to file a deferred appendix pursuant to FRAP 30(c) and Local Rule 30.1(c).

    The stipulation is hereby so ordered.

                                                    For the Court:
                                                    Catherine O'Hagan Wolfe,
                                                    Clerk of Court

