# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 14-3091

**Caption [use short title]**

**Motion for:** Permission to file an oversized brief.

Wells Fargo Bank, N.A., v. Konover

Set forth below precise, complete statement of relief sought:

to file an oversized brief not to exceed more than 21,000 words.

**MOVING PARTY:** Michael Konover
☐ Plaintiff   ☐ Defendant
☑ Appellant/Petitioner   ☐ Appellee/Respondent

**OPPOSING PARTY:** Wells Fargo bank, N.A.

**MOVING ATTORNEY:** James T. Shearin

**OPPOSING ATTORNEY:** Erick M. Sandler

[name of attorney, with firm, address, phone number and e-mail]

Pullman & Comley, LLC
850 Main Street, Bridgeport, CT 06601-7006
(203)330-2240, jtshearin@pullcom.com

Day Pitney
242 Trumbull Street, Hartford, CT 06103
(860)275-0138, emsandler@daypitney.com

**Court-Judge/Agency appealed from:** U.S. District Court of Connecticut, Jduge Alvin W. Thompson

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain):

Opposing counsel's position on motion:
☑ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☑ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this Court? ☐ Yes ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☑ No  If yes, enter date:

**Signature of Moving Attorney:**
/s/ James T. Shearin   **Date:** 10/15/2015   **Service by:** ☑ CM/ECF   ☐ Other [Attach proof of service]

**Form T-1080** (rev. 12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

WELLS FARGO BANK, N.A.,            DOCKET # 14-3091

    Plaintiff - Appellee

v.                                                     OCTOBER 15, 2014

MICHAEL KONOVER,

    Defendant - Appellant

### APPELLANT'S MOTION TO FILE OVERSIZED BRIEF

Defendant-Appellant, Michael Konover ("Appellant"), respectfully moves this Court for an Order granting leave to file an oversized brief of not more than 21,000 words.

While recognizing that this Court "disfavors motions to file a brief exceeding the length permitted by FRAP 32(a)(7)," Second Circuit Rule 27(e)(1), this case presents exceptional circumstances that justify the requested extension. This appeal will present many multifaceted issues arising from a highly contentious nine year litigation, comprised of hundreds of motions, 1179 docket entries, 46 hearings, 24 trial days, and 711 trial exhibits. The extensive record of this case, as reflected in the 164 page index filed on September 16, 2014, necessitates additional pages to Appellant's brief.

Appellant has notified opposing counsel of its request to file an oversized brief.  Opposing counsel consents to this motion and does not intend to file an opposition to this motion.

Wherefore, the Appellant respectfully requests the Court permission to submit an oversized brief not to exceed 21,000 words.

>DEFENDANT - APPELLANT,
>MICHAEL KONOVER
>
>By: */s/ James T. Shearin*
>    James T. Shearin (ct01326)
>    Pullman & Comley, LLC
>    850 Main Street, P.O. Box 7006
>    Bridgeport, CT 06601-7006
>    Tel: (203) 330-2000
>    Fax: (203) 576-8888
>    E-Mail: jtshearin@pullcom.com
>
>By: */s/ William J. Murphy*
>    William J. Murphy
>    Conor B. O'Croinin
>    Zuckerman Spaeder LLP
>    100 East Pratt Street
>    Suite 2440
>    Baltimore, MD  21202-1031
>    Tel: (410) 949-1146
>    Fax: (410) 659-0436
>    wmurphy@zuckerman.com