# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of October, two thousand and fourteen.

Before:    Richard C. Wesley,
                *Circuit Judge*.

_____

Wells Fargo Bank, N.A., Trustee for the Registered
Holders of Salomon Bro Mortgage Securities VII Inc,
Mortgage Pass-Through Certificates, Series 2000 C-2,    **ORDER**
by Orix Capital Markets LLC, its Attorney in Fact,    Docket No. 14-3091
   Plaintiff-Appellee,

  v.

Konover Development Corporation, Konover
Construction Corporation, Konover & Associates,
Inc., Blackboard LLC, Ripple LLC,
   Defendants,

Michael Konover,
   Defendant-Appellant.
_____

Appellant moves for leave to file an oversized principal brief not to exceed 21,000 words.

IT IS HEREBY ORDERED that the motion is GRANTED.  Appellant's motion for an extension of time to file his brief and appendix will be addressed in a subsequent order.

    For the Court**:**
    Catherine O'Hagan Wolfe,
    Clerk of Court

