# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of October, two thousand and fourteen.

Before:     Ralph K. Winter,
              *Circuit Judge*.

_____

Wells Fargo Bank, N.A., Trustee for the Registered
Holders of Salomon Bro Mortgage Securities VII Inc.,
Mortgage Pass-Through Certificates, Series 2000 C-2,
by Orix Capital Markets LLC, its Attorney in Fact,

    Plaintiff-Appellee,                         ORDER
                                                                    Docket No. 14-3091

v.

Michael Konover,

    Defendant-Appellant.

_____

Appellant moves for an extension until November 7, 2014 to file the brief and appendix.

IT IS HEREBY ORDERED that the motion is GRANTED. However, the appeal is dismissed effective November 7, 2014 unless a brief is filed by that date. A motion for reconsideration or other relief will not stay the effectiveness of this order. See RLI Ins. Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

                                              FOR THE COURT:

                                              Catherine O'Hagan Wolfe,
                                              Clerk of Court

