

100 E. PRATT STREET   SUITE 2440
BALTIMORE, MD  21202-1031
410.332.0444   410.659.0436 fax   www.zuckerman.com

WILLIAM J. MURPHY
Partner
410-949-1146
wmurphy@zuckerman.com

October 5, 2015

**VIA ELECTRONIC CASE FILING**

The Honorable Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

>  **Re:** ***Wells Fargo Bank, N.A.*** v. ***Konover Development Corporation, et al.*; Case Number 14-3091-cv.**

Dear Ms. Wolfe:

In his reply brief, Appellant Michael Konover cited the recent decision of the Court of Appeals for the Tenth Circuit in *Conagra Foods, Inc.* v. *Americold Logistics, LLC*, 776 F.3d 1175 (10th Cir. 2015), *as amended* (Jan. 27, 2015). The Supreme Court has just granted a writ of certiorari to the Tenth Circuit to review the case. *Americold Logistics, LLC* v. *ConAgra Foods, Inc.*, (No. 14–1382), 2015 WL 2448969 (U.S., Oct. 1, 2015). The question presented, as set forth in the certiorari petition is as follows:

> Whether the Tenth Circuit wrongly deepened a pervasive circuit split among the federal circuits regarding whether the citizenship of a trust for purposes of diversity jurisdiction is based on the citizenship of the controlling trustees, the trust beneficiaries, or some combination of both.

WASHINGTON, DC            NEW YORK            TAMPA            BALTIMORE

5048847.1

October 5, 2015
Page 2 of 2

Petition for Writ of Certiorari, *Americold Logistics, LLC* v. *Conagra Foods, Inc.*, (No. 14-1382), 2015 WL 2438833, at *ii (U.S.).

 Although the question presented in this case concerns whether the citizenship of a self-identified "passive" trustee of a business trust is determinative for diversity purposes, rather than the citizenship of the trust beneficiaries, the Supreme Court's decision in *Americold* could have an impact on the question of subject matter jurisdiction presented here. For that reason, we wanted to alert the Court to the Supreme Court's grant of certiorari in *Americold*.

        Respectfully submitted,

        */s/ William J. Murphy*

        William J. Murphy

cc: All counsel of record